**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** | Case No:  24-33883-MVL-13 |
| **VERONICA ANN TURNER** | |
| Debtor | Hearing Date:  06/05/2025 |

### Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held on **06/05/2025. Pre-hearing conferences will be held by phone and email the week of 06/05/2025.** Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 06/04/2025.

Any objection to the Debtor's Plan not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 06/05/2025 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Larson - https://us-courts.webex.com/meet/larson**
**Access Webex Instructions at**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates**

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| **Debtor:** | VERONICA ANN TURNER, 2510 N HIGHWAY 175 TRAILER 108, SEAGOVILLE, TX  75159 |
| **Attorney:** | ALLMAND LAW FIRM PLLC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054 |
| **Court:** | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242 |
| **Trustee:** | TRUSTEE'S OFFICE, 105 DECKER CT, SUITE #1150, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 24-33883-MVL-13**
**VERONICA ANN TURNER**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor: VERONICA ANN TURNER, 2510 N HIGHWAY 175 TRAILER 108, SEAGOVILLE, TX 75159
Attorney: ALLMAND LAW FIRM PLLC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX 76054**
Creditors:
21ST MORTGAGE CORP, PO BOX 477, KNOXVILLE, TN 37901
ATTORNEY GENERAL OF TEXAS, 1600 PACIFIC, STE 700, DALLAS, TX 75201**
ATTORNEY GENERAL OF TEXAS, 400 S ZANG, STE 1100, DALLAS, TX 75208**
BAYLOR SCOTT & WHITE, 301 N WASHINGTON AVE, DALLAS, TX 75246
CAPITAL ONE BANK, AMERICAN INFOSOURCE, PO BOX 71083, CHARLOTTE, NC 28272-1083**
COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207**
CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193**
CREEKSIDE COMMUNITIES, 2510 N HIGHWAY 175, SEAGOVILLE, TX 75159-2057 ##
DALLAS COUNTY APPRAISAL, C OLINEBARGER GOGGAN BLAIR AND SAMPSON LLP, 2777 N STEMMONS FRWY SUITE 1000, DALLAS, TX 75207-2328
DALLAS COUNTY, LINEBARGER GOGGAN BLAIR ET AL, 3500 MAPLE AVE, STE 800, DALLAS, TX 75219
FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317**
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346**
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 772813, CHICAGO, IL 60677-2813**
JEFFERSON CAPITAL, PO BOX 7999, SAINT CLOUD, MN 56302-9617**
LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 MAPLE AVE, SUITE 800, DALLAS, TX 75219
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603**
LVNV FUNDING, RESURGENT CAPITAL, PO BOX 10497, GREENVILLE, SC 29603**
MOTOLEASE, 10866 WILSHIRE BLVD, LOS ANGELES, CA 90024 ##
NISSAN MOTOR ACCEPTANCE CORP, PO BOX 9013, ADDISON, TX 75001
NISSAN MOTOR ACCEPTANCE, PO BOX 660360, DALLAS, TX 75266
NTTA, PO BOX 660244, DALLAS, TX 75266-0244**
PENTAGON FEDERAL CR UN, BANKRUPTCY DEPARTMENT, 2930 EISENHOWER AVE, ALEXANDRA, VA 22314**
PORTFOLIO RECOVERY ASSOCIATES, BY PRA RECEIVABLES MANAGEMENT, PO BOX 12914, NORFOLK, VA 23541**
PORTFOLIO RECOVERY ASSOCIATES, BY PRA RECEIVABLES MANAGEMENT, PO BOX 41067, NORFOLK, VA 23541**
RAYMOND TURNER, 2510 N HIGHWAY 175 TRAILER 108, SEAGOVILLE, TX 75159-2052
SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE, VA 23320-0207
STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN, TX 78711**
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711-3127**
TEXAS WORKFORCE COMMISSION, TEC BUILDING- BANKRUPTCY, 101 EAST 15TH ST, AUSTIN, TX 78778**
TIDES AT ROYAL LANE SOUTH APARTMENTS, 9450 ROYAL LN, DALLAS, TX 75243-7647
US ATTORNEY, DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC 20530-0001
US AUTO CREDIT, PO BOX 57545, JACKSONVILLE, FL 32241
VERIZON, AMERICAN INFOSOURCE, PO BOX 4457, HOUSTON, TX 77210-4457 ##
VERIZON, BY AMERICAN INFOSOURCE LP AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118
WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD SUITE 100, LOS ANGELES, CA 90010
WESTLAKE SERVICES LLC DBA, WESTLAKE FINANCIAL SERVICES, 3440 FLAIR DR, LOCKBOX 840132, EL MONTE, CA 91731

** Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 04/08/2025                                   By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700